United States District Court
Southern District of Texas
**ENTERED**
October 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| JULIA SOSA SANTAYYGO,<br>"Plaintiff," § § § | |
| v. § | Civil Action No. 1:23-cv-00133 |
| § | |
| ALLSTATE VEHICLE & PROPERTY § <br>INSURANCE COMPANY, §<br>"Defendant." § | |

## ORDER

Pursuant to the Court's Order (Dkt. No. 15), Plaintiff's claims against Defendant are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on October 9, 2024.

_____
Rolando Olvera
United States District Judge